# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:25-cr-00475-TRJ
## USA v. Bradford
## Honorable Tiffany R. Johnson

Minute Sheet for proceedings held In Open Court on 12/16/2025.

TIME COURT COMMENCED: 2:05 P.M.
TIME COURT CONCLUDED: 2:35 P.M.
TIME IN COURT: 00:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
CSO/DUSM: 1 CSO
DEPUTY CLERK: Britney Rodgers

| | |
|---|---|
| DEFENDANT(S): | [1]David Bradford Present at proceedings |
| ATTORNEY(S) PRESENT: | Daniel Griffin representing David Bradford<br>Joshua Mayes representing David Bradford<br>Alex Sistla representing USA |
| PROCEEDING CATEGORY: | Change of Plea; |
| PLEADINGS FILED IN COURT: | Guilty Plea and Plea Agreement |
| MINUTE TEXT: | Change of Plea hearing held on December 16, 2025. Defendant was sworn, advised of rights, and a guilty plea was entered as to the Sole Count of the Information pursuant to a plea agreement. Guilty Plea and Plea Agreement filed in open court. The Court accepted the plea as knowingly and voluntarily entered. Sentencing is scheduled for 3/17/26 at 10:00 AM. Sentencing Memos are due 3 business days prior. |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |
| ADDL HEARING(S) SCHEDULED: | Sentencing Hearing set for 3/17/26 at 10:00 in Courtroom 1707; |