RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 23 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

January 14, 2026

Judge Tiffany R. Johnson
2211 Richard B. Russell Federal Bldg and United States Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

Reference: Drive Planning Ponzi Scheme, Sentencing of David Bradford

Your honor,
I am one of 2,000 victims of the Drive Planning Ponzi scheme. I am 66 years old and lost my entire retirement monies which were 2 million dollars. My closest friends are of similar age and lost similar monies. We are too old to recover from the financial devastation caused to our families by Drive Planning.

I am writing due to information I read about David Bradford's plea deal. It appears that he is admitting to participation in only $4M of the total $300M lost by all investors. I realize that deals are made whereby criminals will incriminate others. Such are the legal processes of our day.

As you contemplate Bradford's sentence, I would ask for you to consider that Bradford was the marketing face of the entire Ponzi scheme. I never spoke about investing with Todd Burkhalter who founded the company. Bradford was the one who led the investors, and he recruited agents while promoting his Chief Operating Officer title.

After the SEC investigation began, Bradford quickly re-marketed himself as a financial consultant under a new company name on social media. His techniques were the same, showing no remorse. A firestorm of negative comments were then posted on his page.

Bradfords chameleon like qualities included the pretense of being a pastor. While this has no bearing on the legal aspects of the case, it facilitated his capturing of investors. I am 30 year member of the ministry. It influenced me along with many, many others.

I know that as a judge you see much of the wickedness in our world and have to work within the legal system to address it. I just wanted you to hear from a real victim, not in the spirit of revenge, but in the spirit of justice. Please consider the victims in these crimes. We have no recourse other than justice.

Thank you for what you do and for listening to a voice on the sideline.

Sincerely,

*Jim Eason*

Jim Eason
404 358-4114



Mr. James C Eason
6175 Broadwater Trl
Cumming, GA 30040-9521

ATLANTA GA RPDC 302

16 JAN 2026 PM 6 L



JUDGE TIFFANY R JOHNSON
UNITED STATES COURTHOUSE
2211 RICHARD B. RUSSELL FEDERAL BLDG
75 SPRING STREET, S.W.
ATLANTA, GA 30303-3309

REF: DRONE PLANNING

30303-330845