IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DAVID BRADFORD | Criminal Action No.<br>1:25-cr-475-TRJ |

**Joint Motion to Continue Sentencing**

The United States of America, by Theodore S. Hertzberg, United States Attorney, and Kelly K. Connors, Assistant United States Attorney for the Northern District of Georgia, files on behalf of all parties, this Joint Motion to Continue Sentencing in the above-captioned case, which is scheduled for June 10, 2026.

The parties respectfully request that sentencing in Mr. Bradford's case be reset to sometime between the middle of August 2026 and September 4, 2026.[1] The parties are respectfully requesting that sentencing be continued for the following reasons: (i) defense counsel in *United States v. Burkhalter*, 1:26-cr-002-TRJ (N.D. Ga.),[2] a related matter involving overlapping offense conduct and victims, has filed an unopposed motion to continue his sentencing from June 11, 2026, and it would promote the efficient use of resources to conduct the sentencings in this case, the *Burkhalter* case, and *United States v. Edwards*, 1:26-cr-060-TRJ (N.D. Ga.)

[1] Lead counsel for Mr. Bradford will be traveling for at least two weeks beginning September 6, 2026.

[2] *See United States v. Burkhalter*, 1:26-cr-002-TRJ (N.D. Ga.), Doc. 10.

at approximately the same time;[3] (ii) the government is still in the process of finalizing restitution requests in the *Burkhalter* case with the assistance of the receiver; (iii) the probation officer assigned to this matter has advised the government that she would like additional time to prepare the presentencing investigation report; (iv) the original Assistant United States Attorney responsible for investigating and prosecuting this matter (and the related *Burkhalter* and *Edwards* cases) will be leaving the Department of Justice in June 2026 and the undersigned Assistant United States Attorney has recently been assigned to handle these cases and respectfully requires additional time to fully familiarize herself with the conduct and evidence underlying investment fraud scheme that gave rise to these prosecutions, as well as accommodate her trial schedule;[4] and (v) continuing the sentencing will avoid any potential logistical issues associated with the World Cup events in downtown Atlanta scheduled to occur in June and July 2026.[5]

---

[3] The government respectfully requests that the Court—if possible—schedule Mr. Bradford's and Ms. Edwards's sentencings to occur before Mr. Burkhalter's sentencing.

[4] The undersigned Assistant United States Attorney is scheduled to be in trial in *United States v. Adesayo*, 1:24-cr-154-MHC, beginning July 28, 2026 before Judge Cohen. The trial is expected to last approximately a week and should conclude on or about August 5, 2026.

[5] On May 11, 2026, the Court emailed counsel and suggested continuing the sentencing hearing due to the expected logistical challenges surrounding the World Cup. The Court requested that counsel provide availability for the weeks of August 10 and 17. Counsel for both parties have indicated that they are available August 12 through August 21, 2026.

The parties therefore respectfully submit that there is good cause for continuing Mr. Bradford's sentencing. Counsel for Mr. Bradford has no objections to continuing sentencing in this matter.

A proposed order is attached.

Respectfully submitted this 11th day of May 2026.

KELLY K. CONNORS
*United States Attorney*

/s/ KELLY K. CONNORS
*Assistant United States Attorney*
Georgia Bar No. 504787
kelly.connors@usdoj.gov