IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DAVID BRADFORD | Criminal Action No.<br>1:25-cr-475-TRJ |

**[Proposed] Order**

Presently before the Court is a Joint Motion to Continue the June 10, 2026 Sentencing Date filed by the government on behalf of all parties.

For the reasons set forth in the Joint Motion to Continue, the Court **GRANTS** the motion and **ORDERS** that sentencing in this matter has been reset to

________________________________.

________________________________
TIFFANY R. JOHNSON
UNITED STATES DISTRICT JUDGE

Prepared by:
Kelly K. Connors
Assistant U.S. Attorney