# EXHIBIT 1

Re: United States v. Bradford
Case No. 1:25-cr-00475-TRJ

Dear Judge Johnson,

I am writing to you today in regards to a mentor and dear friend of mine David Bradford. I first became acquainted with David when I was in grade school as he held an internship at Independent Presbyterian Church, and his children attended the school there. I later became much more acquainted with David as he took the open position as lead pastor at the church my family attended. I remember him teaching Sunday school class to me as a youth. While I can't claim to have retained any of the lessons I attended, I remember David pulling me aside after class one day to encourage me to, "walk the narrow path" in regards to the relationship with a girl I had brought to church that week.

Fast forward a few years, as a young adult in my early 20s David would open his home to group activities open to the young adults in our church community. David would encourage the men (barely men at that stage) to take part in "G.O.L.F." (Guys Only Ladies Forbidden) when it would be time to clean up from the mess we had made in the kitchen. Encouraging the guys to not lay around and expect to be served but instead to serve. David and his home was the hub for encouraging healthy community and friendship, and I have many fond memories of this time in my life, as it was filled with friendship and community. During this time He also led a study group titled Men's Discipleship, where he would lead us through the challenges presented to men in various stages and walks of life, and now as I reflect I recall David's passion to pursue bridging the racial divide as he sought to build an interracial congregation (something quite rare in the Presbyterian denomination).

Years pass and David and I reconnect as sales men. I worked at a cellphone retail store and he, in car sales. He noticed I was not active and fit as I once was and encouraged me to read a book on health, diet and exercise. We had a text thread that we posted daily. Commencing about the topics of the book, posting pictures of our meals to seek approval from one another as we held each other accountable. Additionally we would encourage each other to excel in our careers cheering one another on as we advanced. David was very much a mentor to me at this time in my life. While we lived in different states David was persistent in his encouragement to me and for me.

David is more than a friend to me, he is a mentor and someone who I know only wants good for me. I have been around him when he was poor and when he was wealthy, when he was a pastor and when he was not. It is my experience (roughly 20 years) that David is a man of good intentions, a man who wants good for others. I have seen it from the chair in this living room as he brought people together for christian community. I have seen it as he encouraged me to serve others instead of expecting to be served. I have seen it as he encouraged other men to live their life according to the ways God has intended. I have seen it as David encouraged me to live my life in good health and to be a good employee.

This is a short list of some of the interactions I have had with David. I am sure it is difficult to truly know who a man really is in the short amount of time you have to issue your ruling. I hope my comments help give you a better understanding of who I know David Bradford to be.

Regards, Josh Strickland

July 30, 2026

Dear Judge Johnson,

My name is David John Bradford Jr., and I'm the eldest of David's sons. I'm writing this letter to ask for leniency in delivering my father's sentence.

My wife and I were one of the many victims caught in the cross hairs of the Drive Planning fiasco. It wiped out much of our retirement savings up to that point, and caused both of us an immense amount of grief.

And yet, through it all, I've seen my father fight hard to bring Todd Burkhalter to justice, as well as willingly and repeatedly acknowledging his role in the tragedy, seeking forgiveness, and doing everything in his power to submit to the law, cooperate with the investigation, and try to make this right as best he can. Even on the day he first called us to break the news, I could hear the shame in his voice, and could tell how much he had been crying. And I remember his dogged commitment to do the right thing from that point forward, no matter the cost or legal risk he faced.

My father and I haven't always seen eye to eye. I say that because it's important for you to know that even with that being the case, I know my dad's character and the emphasis he has always placed on doing the right thing, even and especially when it's hard. As a pastor, he repeatedly championed racial diversity even as a racist session of his church constantly tried to get rid of him. He built a church full of misfits and a place for those without a home. He let a homeless man stay on our property and invited him into our family.

My dad is not perfect; he can be brash and stubborn. But he works harder than anyone I know, sometimes too hard in my opinion. But one thing I know, despite our difficulties over the years- my dad is a good man. Through all of this, his resilience and commitment to doing what's right has never faltered. He continues to quote scripture, reminds us to take care of his wife while he's gone (even saying he'd rather us visit her over him), and prays daily. Most importantly, he continues to believe that God is faithful and has a plan for him- that nothing is irredeemable.

He has modeled that so well for us, even after having his life collapse twice now (first from the divorce and now this.) He has accepted both the cost of his actions and the responsibility of doing what's right. He has not sought to spare himself, even though many in his position would have done so. I ask that you keep all of this in mind as you decide his sentence. I pray justice will be served, and at the same time, I pray for mercy for a man that

is trying the best to make things right when others have not. He has consistently chosen that path my entire life. And I admire him greatly for it.

Sincerely,

David John Bradford, Jr.

May 6, 2026

The Honorable Tiffany R. Johnson
United States District Court
Northern District of Georgia

**Re:** United States v. Bradford, Case No. 1:25-cr-00475-TRJ

Dear Judge Johnson:

My name is Chad Hoekstra. I am writing to you on behalf of David Bradford, whom I have had the privilege of knowing for many years. I am a CPA and founding partner with a business valuation and transaction consulting firm in Atlanta, Infinity Advisory Services, LLC. I have provided professional services in business valuation, litigation support (including expert witness services) public accounting and related services for nearly 30 years. I reside in Alpharetta Georgia, with my wife Erin and three of our six children (three are at college). David has identified me as someone who can speak to his character, and I am honored to do so. I ask that Your Honor consider this letter as you determine an appropriate sentence in this matter.

My wife Erin and I met David and his wife Gaby through a small group at Northpoint Church, where we were connected by our shared experiences as blended families. What began as a church acquaintance grew into a genuine and lasting friendship between our two families. Our relationship has never been professional or business-related in any material way; in fact we declined any overtures he made for us to be investors in his business endeavors. Our relationship was and is grounded entirely in friendship, faith, and fellowship.

What stands out most about David is what I see as his sincerity of his faith and his genuine care for the people in his life. His spiritual convictions are not performative — they are the foundation of who he is as a man and as a person. Over the years, we have walked alongside one another in that faith, and I have seen him demonstrate integrity, compassion, and a deep commitment to serving others. I am aware that David has pleaded guilty to a criminal charge and has accepted full responsibility for his conduct. That acknowledgment does not diminish my respect for him. I have personally witnessed his genuine remorse on many occasions, and I believe wholeheartedly that he understands the gravity of what occurred and is determined to live differently going forward.

David knows each of our six children, and we have welcomed him into our home and on numerous family trips and shared celebrations over the years. Just this past weekend, he joined us in Florida to celebrate my wife's birthday and my own. He is welcome in our home without reservation, and that trust has never wavered.

I believe that David Bradford is a person of good character who has a great deal to contribute to society. He possesses an uncommon combination of energy, warmth, and a genuine desire to help others. I am confident that this experience has profoundly shaped him, and that he will not pose any risk of future criminal conduct. I respectfully urge Your Honor to consider a sentence that reflects not only the nature of the offense to which he has pled guilty, but also the full measure of his character, his remorse, and his potential for positive contributions to his family and community.

I am grateful for Your Honor's time and consideration of this letter. Should you have any questions or wish to speak with me directly, I may be reached at (678)-777-1289 or chad.hoekstra@infinitya.com.

Respectfully submitted,

Chad Hoekstra
14017 Triple Crown Drive, Alpharetta GA 30004
(678)-777-1289
Chad.hoekstra@infinitya.com

United States v. Bradford

Case No. 1:25-cr-00475-TRJ

Honorable Tiffany R. Johnson

United States District Court

Northern District of Georgia

Your Honor,

I am writing to you as a long-time friend of David Bradford. As a retired pastor in the Presbyterian Church in America. I served with David as a revitalization pastor. David's work was in South Savannah; I was serving in Milledgeville and Lake Oconee. I was a coach to David and advisor to the church officers. I have a very good fried who served with David as an assistant, we both have stayed in contact with him through the years, and both wish him well. We both are praying for him.

David has strong gifts in service and development. David has great insight into life problems. David has been teachable and able to adjust appropriately to guidance and correction. In light of his current conviction and sentencing, I expect David will receive his punishment in a manner that will benefit his character. I expect when he reenters life after this period of correction, that he will be humbled, contrite and more circumspect in every endeavor.

I want the best for David as he realizes He will be more restricted than ever in his life. I am convinced that this will not crush him but refine him. I have been one of a number of friends who expected David to succeed in life. I am sure this will be the case.

May you have wisdom and clear judgment in your pivotal sentencing. Be compassion as it is appropriate.

Sincerely.

John Kinser

170 Valley point Drive

Dalton GA 30721