# EXHIBIT 2

Finally, the amendment adds a special instruction to both §§5E1.2 and 8C2.4 providing that, for offenses committed on or after November 1, 2015 but prior to November 1, 2026, courts should use the applicable fine guideline range that was set forth in the version of §5E1.2(c) that was in effect on November 1, 2025. This addition extends the reasoning of the existing special instruction responding to concerns previously expressed in public comment that changes to the fine tables might create *ex post facto* problems. Such guidance is similar to that provided in the commentary to §5E1.3 (Special Assessment) relating to the amount of the special assessment to be imposed in a given case.

## Amendment:

## §2B1.1. Larceny, Embezzlement, and Other Forms of Theft; Offenses Involving Stolen Property; Property Damage or Destruction; Fraud and Deceit; Forgery; Offenses Involving Altered or Counterfeit Instruments Other than Counterfeit Bearer Obligations of the United States

* * *

(b) Specific Offense Characteristics

(1) If the loss exceeded ~~$6,500~~$9,000, increase the offense level as follows:

| [MULTIPLIER USED] | LOSS (APPLY THE GREATEST) | INCREASE IN LEVEL |
|---|---|---|
| [1.38] | (A) ~~$6,500~~$9,000 or less | no increase |
| [1.38] | (B) More than ~~$6,500~~$9,000 | add **2** |
| [1.33] | (C) More than ~~$15,000~~$20,000 | add **4** |
| [1.38] | (D) More than ~~$40,000~~$55,000 | add **6** |
| [1.58] | (E) More than ~~$95,000~~$150,000 | add **8** |
| [1.33] | (F) More than ~~$150,000~~$200,000 | add **10** |
| [1.40] | (G) More than ~~$250,000~~$350,000 | add **12** |
| [1.36] | (H) More than ~~$550,000~~$750,000 | add **14** |
| [1.33] | (I) More than ~~$1,500,000~~$2,000,000 | add **16** |
| [1.43] | (J) More than ~~$3,500,000~~$5,000,000 | add **18** |
| [1.58] | (K) More than ~~$9,500,000~~$15,000,000 | add **20** |
| [1.40] | (L) More than ~~$25,000,000~~$35,000,000 | add **22** |
| [1.38] | (M) More than ~~$65,000,000~~$90,000,000 | add **24** |
| [1.33] | (N) More than ~~$150,000,000~~$200,000,000 | add **26** |
| [1.40] | (O) More than ~~$250,000,000~~$350,000,000 | add **28** |
| [1.36] | (P) More than ~~$550,000,000~~$750,000,000 | add **30**. |

* * *