# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:25-cr-00475-TRJ
## USA v. Bradford
## Honorable Tiffany R. Johnson

Minute Sheet for proceedings held In Open Court on 08/12/2026.

TIME COURT COMMENCED: 10:06 A.M.
TIME COURT CONCLUDED: 11:13 A.M.
TIME IN COURT: 1:07
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
DEPUTY CLERK: Uzma Wiggins

| | |
|---|---|
| DEFENDANT(S): | [1] David Bradford Present at proceedings |
| ATTORNEY(S) PRESENT: | Kelly Connors representing USA<br>Daniel Griffin representing David Bradford<br>Joshua Mayes representing David Bradford |
| PROCEEDING CATEGORY: | Sentencing Hearing |
| MINUTE TEXT: | The Court sustained Defendant's objection to the loss amount calculation, and overruled Defendant's objection to the victim enhancement. Defendant elected to allocute. See judgment in criminal case. |

HEARING STATUS: Hearing Concluded