***U.S. Department of Justice***
*United States Marshals Service*
*75 Ted Turner Drive S.W. Suite 1600*
*Atlanta, GA 30303*

*STEPHEN G. SERRAO*
*U.S. Marshal*

**September 23, 2026**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
SEP 23 2026
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

**Mr. DAVID BRADFORD**
**USMS# 23520-512**
**Case # 1:2025-CR-00475** -TRJ

Dear Mr. BRADFORD:

Pursuant to the sentence you received in federal court in the Northern District of Georgia, you are hereby directed to report to the following institution to begin service of your federal sentence.

**INSTITUTION: FPC MONTGOMERY**
**MAXWELL AIR FORCE BASE**
**MONTGOMERY, AL 36112**
**TELEPHONE NO: (334) 293-2100**

REPORT DATE: **NOON, October 20, 2026**

Any further inquiries should be directed to the institution at the telephone number listed above.

Respectfully,

STEPHEN G. SERRAO
United States Marshal/Northern
District of Georgia

Natalie Carter
Criminal Section