**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:25-CR-475-TRJ |
| | ) | |
| DAVID BRADFORD, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT DAVID BRADFORD'S MOTION TO EXTEND REPORTING DATE**

COMES NOW, Defendant David Bradford, by and through undersigned counsel, and hereby files the Motion to Extend Reporting Date. The Government does not oppose this specific 28-day extension request.

1.

Defendant David Bradford was sentenced by this Court on August 12, 2026.

2.

The Court sentenced Mr. Bradford to 51 months incarceration and ordered that Mr. Bradford surrender for service of that sentence on the first date provided by BOP. Doc 18 (Defendant David Bradford Judgment and Commitment).

3.

A Notice of Voluntary Surrender entered on September 24, 2026, directed Mr. Bradford to report to FPC Montgomery on October 20, 2026, at noon—69 days after sentencing. Doc 20 (Notice of Voluntary Surrender/Reporting Information).

4.

Mr. Bradford injured his left shoulder and was examined on September 16, 2026. His physician determined he needed shoulder surgery. He underwent the recommended surgery on September 25, 2026. Mr. Bradford's orthopaedic surgeon directed Mr. Bradford to do physical therapy to restore motion. Bradford's doctor anticipates this physical therapy will take approximately 8-10 weeks postoperatively and therefore requests that Mr. Bradford's report date be delayed by four weeks. *See* Exhibit A. This 28-day extension would mean that Mr. Bradford's incarceration would start 107 days after his sentencing.

5.

The Government advised that, under the circumstances, it does not oppose a 28-day extension. The Government noted that it would oppose any delay beyond 28 days, even if Mr. Bradford is still undergoing treatment.

6.

Counsel asks that the Court consider Mr. Bradford's physician's recommendations, and requests that the Court grant this motion. A proposed Order is attached.

*(Signature page follows)*

Respectfully submitted, this 1st day of October, 2026.

**GRIFFIN DURHAM TANNER & CLARKSON LLC**

By: */s/ Daniel P. Griffin*
Daniel P. Griffin
Georgia Bar No. 310760
dgriffin@griffindurham.com
75 14th Street, Suite 2250
Atlanta, GA 30309
Ph/Fax: 912-867-9140

*Attorney for Defendant Bradford*

## CERTIFICATE OF SERVICE

On this date, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

This 1st day of October, 2026.

**GRIFFIN DURHAM TANNER & CLARKSON LLC**

By: *[/s/ Daniel P. Griffin](https://daniel.griffin.example)*

Daniel P. Griffin
Georgia Bar No. 310760
dgriffin@griffindurham.com
75 14th Street, Suite 2250
Atlanta, GA 30309
Ph/Fax: 912-867-9140

*Attorney for Defendant Bradford*