# EXHIBIT A

## Letters

Resurgens Orthopaedics ? 4025 JOHNS CREEK PKWY STE 100, SUWANEE GA 30024-1253

**BRADFORD, David (id #[redacted], dob: [redacted])**

RESURGENS ORTHOPAEDICS

Resurgens Orthopaedics
4025 JOHNS CREEK PKWY STE 100
SUWANEE, GA 30024-1253
Phone: (404) 575-4500, Fax: (404) 575-4555

Date: 09/28/2026

RE: David Bradford,

DOB: [redacted]

To Whom It May Concern:

David Bradford was seen in the office on 09/16/2026. Patient had an injury month before coming in the office and had left shoulder revision rotator cuff repair using a bioinductive implant, debridement, distal clavicle excision, possible biceps tenodesis based on intraoperative biceps pathology on 09/25/2026. A sling will be provided preoperatively. Given the size of the tear, he will remain in the sling for approximately 6 weeks after surgery, followed by physical therapy to restore motion. Strengthening is anticipated at approximately 8-10 weeks postoperatively. Please allow him to delay his report to the minnimum security camp for 4 weeks to allow recovery and strengthing in Physical therapy and us to monitor his healing.

If you have any questions, please feel free to contact our office.

Sincerely,



Electronically Signed by: WENDELL COLE, MD