IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:25-CR-475-TRJ |
| | ) | |
| DAVID BRADFORD, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This Court has considered Defendant's Motion to Extend His Reporting Date. Good Cause having been shown, the motion is GRANTED.

IT IS HEREBY ORDERED that Defendant David Bradford's surrender date that is currently set for October 20, 2026, be delayed. Defendant Bradford must surrender for service on or after November 17, 2026.

SO ORDERED this 1st day of October, 2026.

HONORABLE TIFFANY R. JOHNSON
UNITED STATES DISTRICT JUDGE